# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 25-11261 |
| | : | |
| MILO SEDARAT | : | **CRIMINAL COMPLAINT** |

I, Dylan James Cochran, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### SEE ATTACHMENT A

I further state that I am a Special Agent with Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_s/ Dylan James Cochran_

Dylan James Cochran, Special Agent
Federal Bureau of Investigation

*Special Agent Dylan James Cochran attested to this Affidavit by telephone pursuant to FRCP 4.1 on November 5, 2025.*

Honorable André M. Espinosa
United States Magistrate Judge

## ATTACHMENT A

## COUNT ONE
(Transmitting Threat in Interstate and Foreign Commerce)

On or about January 15, 2025, in the District of New Jersey, and elsewhere, the defendant,

## MILO SEDARAT,

knowingly transmitted in interstate and foreign commerce communications containing a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
(Transmitting Threat in Interstate and Foreign Commerce)

On or about July 24, 2025, in the District of New Jersey, and elsewhere, the defendant,

**MILO SEDARAT,**

knowingly transmitted in interstate and foreign commerce communications containing a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

## ATTACHMENT B

I, Dylan James Cochran, am a Special Agent with the Federal Bureau of Investigation ("FBI"). The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including documents and physical evidence. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      MILO SEDARAT ("SEDARAT") communicated with other individuals on a social media platform using the handle "m****7s" (the "Sedarat Social Media Account"). According to the social media platform, the Sedarat Social Media Account is registered to Milo Ali Sedarat with a registered telephone number ending in 3141 (the "3141 Phone Number"). The 3141 Phone Number is registered to SEDARAT's mother with a registered email address bearing SEDARAT's name (the "Sedarat Email Account"). The 3141 Phone Number and the Sedarat Email Account are both listed on a cloud-based account in the name of SEDARAT (the "Sedarat Cloud Account").

2.      SEDARAT often communicated with Individual-1 using the Social Media Account. Individual-1 is known to law enforcement.

3.      As part of this investigation, law enforcement executed multiple search warrants on various social media accounts and cloud accounts belonging to SEDARAT and Individual-1.

4.      In numerous direct messages that SEDARAT authored and sent using the Sedarat Social Media Account, SEDARAT expressed his hatred toward Jewish people and his desire to kill them as shown in the following examples:

   a. On or about November 11, 2024, SEDARAT stated through direct message, "I can't wait for the day I get to execute like 10 yahood."[1]

   b. On or about November 17, 2024, Individual-1 stated to SEDARAT that "Israelis aren't human but subhuman and must be treated like

---

[1]      Based on my training and experience, I believe the term "yahood" is an Arabic term to refer to Jewish people.

cockroaches," to which SEDARAT responded to Individual-1 through direct message the following:

| SEDARAT | Nah bruh there's just evil ppl [people] |
|---------|------------------------------------------|
| SEDARAT | Criminals |
| SEDARAT | We still have to treat them like anyone else |
| SEDARAT | We can execute them tho |
| SEDARAT | And take their woman |
| SEDARAT | As slaves |
| SEDARAT | Mass executions |
| SEDARAT | Like line up 500 Jews |
| SEDARAT | And execute them in front of their wives and family |
| SEDARAT | Then take all their wives and slaves |
| SEDARAT | Imma have like 10 yahood slave girls inshallah[2] |

   c. On or about January 28, 2025, SEDARAT stated through direct message to Individual-1, "[f]ilthy rat Jews need to be eliminated" and "I'm the biggest anti semite in America."

   d. On or about April 22, 2025, SEDARAT stated through direct message to Individual-1, "[b]ro everyone hates the Jews now" and "I hope a second holocaust happens to them."

5. In addition to SEDARAT's generalized grievances toward the Jewish population, SEDARAT also identified specific groups of individuals he would like to harm, as shown below:

   a. On or about November 11, 2024, SEDARAT stated through direct message, "[i]f my mom seeks this I'm cooked" and "I already told her that her Jewish friends deserve to die."

   b. On or about January 15, 2025, SEDARAT stated through direct message:

| SEDARAT | I hate Israel more than anything |
|---------|----------------------------------|
| SEDARAT | And the people who support or sympathize |
| SEDARAT | Bro my moms Jewish friends r brainwashing her |
| Individual-1 | Lowkey say the state of Israel |
| SEDARAT | Into being a Zionist |
| Individual-1 | Instead of Israel |
| SEDARAT | I wanna kill her friends |

---

[2]   Based on my training and experience, I believe the term "inshallah" is an Arabic term for the phrase, "if Allah wills it."

| | |
|---|---|
| SEDARAT | Like deadass |
| Individual-1 | Cuz prophet Joseph is also Israel |
| SEDARAT | **I'm gonna stab them with my sword** (emphasis added) |

    c.  On or about January 11, 2025, SEDARAT and Individual-1 had the following direct message exchange about running over Jewish people at a protest:

| | |
|---|---|
| Individual-1 | I saw an Israeli protest |
| Individual-1 | Like here |
| SEDARAT | In Montclair |
| SEDARAT | I'm gonna drive into the protest and run over like 10 Jews |
| SEDARAT | Nah realistically I would blast a daesh[3] nasheed[4] |
| Individual-1 | FBI HES JOKING |

    d.  On or about January 30, 2025, SEDARAT stated through direct message, "I have a ski mask and a knife in my bag . . . If I ever see like [Jewish Rabbi] in nyc . . . Yk what's gonna happen . . . I would be fine with getting shot or going to prison . . . If I get to take him out."

    6.    In addition to the conversations above in which SEDARAT expressed a desire to stab his mother's friends with a sword, SEDARAT also, on multiple occasions, stated through direct messages his desire to kill Jewish people with a sword. Below are examples of statements made by SEDARAT on or about April 22, 2025:

| | |
|---|---|
| SEDARAT | We needa do 9/11 |
| SEDARAT | To tell avid |
| SEDARAT | Aviv |
| SEDARAT | Bro the Shia [branch of Islam] |
| SEDARAT | R so lucky |
| SEDARAT | Imagine being the guy |
| SEDARAT | Who sends the missles to Israel |

---

[3] Based on my training and experience, I believe the term "daesh" is the transliteration of the Arabic acronym for ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, also known as the Islamic State or ISIS, a designated foreign terrorist organization.

[4] Based on my training and experience, a nasheed (Arabic for "chant") is a work of vocal music, set to hymns or works of prose, that is either sung a cappella or accompanied with instruments. ISIS is known for the use of nasheeds in its videos and propaganda, often set to extremely violent imagery depicting bombings, killings, and beheadings.

| SEDARAT | 💀 💀 |
|---------|------|
| SEDARAT | Like hezbollah guys |
| SEDARAT | Watching the fpv kamikaze drones |
| SEDARAT | Killing Jews |
| SEDARAT | I wish we had missles like thwt [sic] |
| SEDARAT | It's not the same tho |
| SEDARAT | Even a gun |
| SEDARAT | I wanna kill them with. Sword |
| SEDARAT | Look them in the eyes |
| SEDARAT | As I take their women and stab them |

***

| SEDARAT | Imagine capturing like 509 jess |
|---------|--------------------------------|
| SEDARAT | Jews |
| SEDARAT | And executing them |
| SEDARAT | With like a sword |
| SEDARAT | Would be so satisfying |

7.     On or about November 8, 2024, SEDARAT told Individual-1 that he had a Katana sword that SEDARAT's mom hid from SEDARAT and "[i]magine u do an attack with a sword [crying emoji]."

8.     On or about January 21, 2025, SEDARAT sent the following photographs to Individual-1 through the Sedarat Social Media Account showing SEDARAT holding a sword and a knife:



9.     The Sedarat Cloud Account contained two videos of what appeared to be

SEDARAT using multiple swords.  Below are screen shots from those videos:







10.    As depicted above, SEDARAT has taken multiple pictures with knives and threatened the use of knives against certain Jewish people.  Based on messages between SEDARAT and Individual-1, law enforcement believes that SEDARAT has purchased knives, tactical gear, and other equipment online, including through an online marketplace that offers heavily discounted goods to consumers.

11.    On or about November 8, 2024, SEDARAT sent a photograph to Individual-1 of a survival kit and first aid kit that appeared to be from the online marketplace that contained, according to the photograph, knives, axes, and other survival equipment and stated to Individual-1 that he "ordered it."  SEDARAT also stated to Individual-1 that he was "[b]outta [about to] just buy more tactical gear" and that "[i]t comes with a hatchet . . . Two knives . . . A bunch of weapons . . . I bought ski masks too . . . For 5$.

12.    On or about January 24, 2025, SEDARAT explained to Individual-1 through direct message that he was "gonna order more knives" because he "had to dump one of [his] . . . [i]n the city" when he went to a museum. SEDARAT then stated that he possessed a 3-inch knife, the one he lost was 4 inches, and that he was going to order a fixed blade knife. SEDARAT also stated that he used "the foldable one for everyday" and that he kept it in his bag or pocket but that "u gotta keep it in ur pocket" because "[i]t's useless in ur bag."

13.    The Sedarat Cloud Account contained videos and pictures of what appeared to be SEDARAT using firearms at a gun range.  Below are screenshots of a video from the Sedarat Cloud Account:



14.    The Sedarat Cloud Account also contained a text message conversation between SEDARAT and one another individual on or about July 24, 2025, in which SEDARAT stated, "**[b]ro I'm actually gonna go strap a bomb to my chest and go blow up the [Company-1] headquarters**." (emphasis added).  Company-1 is known to law enforcement to be an online platform headquartered in Palo Alto, California where businesses can hire freelancers to perform a variety of services, such as writing, graphic design, web development, marketing, and other online work. Based on SEDARAT's conversation with the individual above, SEDARAT appeared to claim that Company-1 "stole my money and income" by closing his account.