2025R00593/CSS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. |
| | : | |
| MILO SEDARAT | : | 18 U.S.C. §§ 2339C(c)(2)(A) and (d)(2) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States charges:

Between in or around October 2024 and in or around November 2025, in the District of New Jersey and elsewhere, the defendant,

## MILO SEDARAT,

did knowingly conceal and disguise the nature, location, source, ownership, and control of material support and resources, and funds, knowing and intending that the support and resources were to be provided to a designated foreign terrorist organization, namely the Islamic State of Iraq and al Sham, contrary to Title 18, United States Code, Section 2339B(a)(1).

In violation of Title 18, United States Code, Sections 2339C(c)(2)(A) and (d)(2).

## FORFEITURE ALLEGATION

1.    The offense charged in this Information is a federal crime of terrorism, as defined in Title 18, United States Code, Section 2332b(g)(5), against the United States, citizens and residents of the United States, and their property.

2.    Upon conviction of the offense charged in this Information, the defendant,

### MILO SEDARAT,

shall forfeit the following to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c) the following: (a) all of **MILO SEDARAT**'s assets, foreign and domestic; (b) all assets, foreign and domestic, acquired or maintained by **MILO SEDARAT** with the intent and for the purpose of supporting, planning, conducting, or concealing the Federal crime of terrorism charged in this Information; and (c) all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit the Federal crime of terrorism charged in this Information.

3.    The property subject to forfeiture includes, but is not limited to, the following items seized from **MILO SEDARAT** on or about November 4, 2025:

    a. $1,291 in cash

    b. One Apple laptop, serial # KGT42LGJG9

    c. One grey Apple laptop, serial # FVFFLAENQ6L7

    d. One Apple laptop with black colored cover

    e. One black ThinkPad laptop computer, serial #: PW-0DS6AA

f.  One White Hewlett Packard laptop, serial # 5CD4157VTD

g.  One Thermal Right Desktop Computer, serial # 37235N58504311

h.  One Desktop Computer, serial # MCBB311LKGNNS021204701428

i.  One black Amazon tablet with black case, model # L5583A

j.  One black Amazon tablet

k.  One Canon Powershot digital camera, serial # 6524107402 with SD card

l.  One Iron Key USB Stick, serial # IKVP50C

m. One flash drive, serial # SDC260-016G

n.  One thumb drive, P/N # 91000-60001-001

o.  One Royal Kludge USB thumb drive

p.  One USB thumb drive, serial # LZ318ADA-DJ

q.  One iPhone in black case

r.  One Red Apple iPhone 8 Plus

s.  One white iPhone

t.  One blue iPhone

u.  One grey iPhone 15 Pro Max in black case, serial # LF0C5J2C3J

v.  One grey iPhone with green case

w. One Google Pixel 8 in black case, serial # 39061FDJH00E4W

x.  One black iPhone

y.  One purple iPhone

z.  One book entitled Mein Kamph by Adolph Hitler

aa. One black Carhartt rain defender sweatshirt

bb. One black Kseibi axe

cc. One metal pipe with duct tape

dd. Shooting targets

ee. One sword with black sheath

ff. One sword with blue sheath

gg. One 4-inch black knife

hh. One red pocketknife

ii. Three black masks

jj. One pair of tactical gloves

kk. One first aid kit within a black-colored zippered bag

ll. One BB gun

mm. Black colored clothing

nn. Two black and white colored flags

oo. Ornamental sword

pp. Small bronze knife-like object

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

a)  cannot be located upon the exercise of due diligence;

b)  has been transferred or sold to, or deposited with, a third party;

c)  has been placed beyond the jurisdiction of the court;

d)  has been substantially diminished in value; or

e)  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to forfeit any other property of the defendant up to the value of the above-described forfeitable property.

ROBERT FRAZER
United States Attorney

_____
Casey S. Smith
Assistant U.S. Attorney

Approved:

_____
Elaine K. Lou
Chief, Criminal Division

5

CASE NUMBER: 26-_____

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

### MILO SEDARAT

# INFORMATION FOR

### 18 U.S.C. §§ 2339C(c)(2)(A) and (d)(2)

ROBERT FRAZER
UNITED STATES ATTORNEY

CASEY S. SMITH
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2795