2025R00593/CSS/PAL/jw

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 26-303 |
| MILO SEDARAT, | : | PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC |
| Defendant. | : | PROPERTY (FINAL AS TO THE DEFENDANT) |

WHEREAS, on July 28, 2026, pursuant to a plea agreement with the United States, defendant Milo Sedarat pleaded guilty to a one-count Information charging the defendant with concealment of material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339C(c)(2)(A) (the "Information");

WHEREAS, pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), the defendant shall forfeit to the United States all assets, foreign or domestic: (i) of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording the defendant a source of influence over any such entity or organization; (ii) acquired or maintained by the defendant with the intent and for the purpose of supporting, planning, conducting, or concealing the Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; (iii) derived from, involved in, or used or intended to be used to commit the Federal crime of terrorism (as defined in

18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; and (iv) of any individual, entity or organization engaged in planning or perpetrating any act of international terrorism (as defined in 18 U.S.C. § 2331) against any international organization (as defined in 22 U.S.C. § 4309(b)) or against any foreign Government;

WHEREAS, pursuant to the plea agreement and 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), the defendant agreed to forfeit to the United States all of his right, title, and interest in the items listed on Schedule B hereto, which were seized from the defendant on or about November 4, 2025 (collectively, the "Specific Property"), as assets that were involved in, or used or intended to be used to commit the Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property. The defendant admits that the Specific Property has the requisite nexus to the offense charged in the Information. The defendant further acknowledges that the Specific Property is also subject to forfeiture because it constitutes assets, foreign or domestic, of the defendant;

WHEREAS, the provisions of 21 U.S.C. § 853(n) (incorporated by 28 U.S.C. § 2461(c)) require publication and notice to third parties known to have alleged an interest in forfeited specific property and the disposition of any petitions filed under 21 U.S.C. § 853(n) before the United States may have clear title to such property;

WHEREAS, the defendant:

(1)    consents to the forfeiture to the United States of the Specific Property as assets that were involved in, or used or intended to be used to commit the Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property;

(2)    agrees that this Order is final as to the defendant at the time of its entry by the Court, pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure;

(3)    agrees to consent promptly upon request to the entry of any orders deemed necessary by the government or the Court to complete the forfeiture and disposition of the Specific Property;

(4)    waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of forfeiture in the charging instrument, announcement of the forfeiture in the defendant's presence at sentencing, and incorporation of the forfeiture in the Judgment of Conviction;

(5)    acknowledges that he understands that forfeiture of property will be part of the sentence imposed upon him in this case and waives any failure by the Court to advise him of this, pursuant to Federal Rule of Criminal Procedure 11(b)(1)(J), during the plea hearing;

(6)    waives, and agrees to hold the United States and its agents and employees harmless from, any and all claims whatsoever in connection with the seizure, forfeiture, and disposal of the property described above; and

(7)    agrees that the forfeiture does not constitute an excessive fine or violate the Eighth Amendment.

WHEREAS, good and sufficient cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.    As a result of the defendant's conviction of the offense set forth in the Information, pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), and Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure, and based upon the plea agreement, all of the defendant's right, title, and interest in the Specific Property is hereby forfeited to the United States of America for disposition according to law.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final against the defendant, shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.    Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish notice of this Order for at least 30 consecutive days on the government internet site www.forfeiture.gov. The United States shall also send notice of this Order to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

4.    Pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2) and (n)(3), the notice of forfeiture must describe the forfeited property with reasonable particularity, state the times by which a petition

-4-

contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition. The notice shall also state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title, or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought.

5.      Any person, other than the defendant, claiming interest in the Specific Property must file a petition within 60 days from the first day of publication of notice on the government internet site, or no later than 35 days from the mailing of direct notice, whichever is earlier, pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and Rule G(4) and G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

6.      Upon adjudication of all third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

7.      The federal agency in possession of the Specific Property shall maintain custody of the Specific Property and hold such property in its secure custody and control until the conclusion of any related or ancillary matters, and the adjudication of all, if any, third-party interests in this case.

8.    Following the entry of a Final Order of Forfeiture, the federal agency in possession of the Specific Property is authorized to dispose of the Specific Property named in the Final Order of Forfeiture in accordance with the law, including, but not limited to, the destruction of the property.

9.    This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary.

ORDERED this 28th day of July, 2026.

Honorable Katharine S. Hayden
United States District Judge

The undersigned hereby consent to
the form and entry of this Order:

ROBERT FRAZER
United States Attorney

By: Casey S. Smith
Assistant United States Attorney

Dated: 07/28/2026

Areeb Salim, Esq.
Attorney for Defendant Milo Sedarat

Dated: 7/28/2026

Milo Sedarat, Defendant

Dated: 7/28/2026

-6-

Schedule B

1.  One Apple laptop, serial # KGT42LGJG9
2.  One grey Apple laptop, serial # FVFFLAENQ6L7
3.  One Apple laptop with black colored cover
4.  One black ThinkPad laptop computer, serial #: PW-0DS6AA
5.  One White Hewlett Packard laptop, serial # 5CD4157VTD
6.  One Thermal Right Desktop Computer, serial # 37235N58504311
7.  One Desktop Computer, serial # MCBB311LKGNNS021204701428
8.  One black Amazon tablet with black case, model # L5583A
9.  One black Amazon tablet
10. One Canon Powershot digital camera, serial # 6524107402 with SD card
11. One Iron Key USB Stick, serial # IKVP50C
12. One flash drive, serial # SDC260-016G
13. One thumb drive, P/N # 91000-60001-001
14. One Royal Kludge USB thumb drive
15. One USB thumb drive, serial # LZ318ADA-DJ
16. One iPhone in black case
17. One Red Apple iPhone 8 Plus
18. One white iPhone
19. One blue iPhone
20. One grey iPhone 15 Pro Max in black case, serial # LF0C5J2C3J
21. One grey iPhone with green case
22. One Google Pixel 8 in black case, serial # 39061FDJH00E4W
23. One black iPhone
24. One purple iPhone
25. One book entitled Mein Kamph by Adolph Hitler
26. One black Carhartt rain defender sweatshirt
27. One black Kseibi axe
28. One metal pipe with duct tape
29. Shooting targets
30. One sword with black sheath
31. One sword with blue sheath
32. One 4-inch black knife
33. One red pocketknife
34. Three black masks
35. One pair of tactical gloves
36. One first aid kit within a black-colored zippered bag
37. One BB gun
38. Black colored clothing
39. Two black and white colored flags
40. Ornamental sword
41. Small bronze knife-like object
42. $1,291 in cash